# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: **21- 16029** |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Chad Domanski | : | |

The Court orders the defendant, _____Chad Domanski_____, is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) The defendant shall appear at all future court proceedings;

( X ) Submit to drug testing and/or treatment, as deemed necessary;

(  ) Mental health testing and/or treatment, as deemed necessary;

(  ) Other:


_/s/ Chad Domanski_____                    ____1/21/21____

DEFENDANT                                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE


____1/21/21_____
DATE